Filing # 189426148 E-Filed 01/09/2024 06:12:59 PM

## IN THE CIRCUIT COURT OF THE 11TH JUDICIAL CIRCUIT
## IN AND FOR MIAMI-DADE COUNTY, FLORIDA

Case No.: 2024-000373-CA-01

Date: 1/17/24   Time: 10 AM
MCN #111
is a certified process server in the
Circuit and County Courts in and for the
Second Judicial Circuit

RICHARD SANCRUZADO,
*individually and on behalf of all
those similarly situated,*

**Plaintiff,**

v.

**CIVIL ACTION SUMMONS**

BLOOMBERG LIMITED PARTNERSHIP
D/B/A BLOOMBERG.COM,

**Defendant.**

_____/

## SUMMONS

THE STATE OF FLORIDA:

To Each Sheriff of the State:

YOU ARE COMMANDED to serve this summons and a copy of the complaint or petition in this action on Defendant:

Bloomberg Limited Partnership d/b/a Bloomberg.com
c/o: CORPORATION SERVICE COMPANY
1201 HAYS STREET
TALLAHASSEE, FL 32301

Each defendant is required to serve written defenses to the complaint or petition on Plaintiff's attorney, Jibrael. S. Hindi, Esq., The Law Offices of Jibrael S. Hindi, PLLC, 110 SE 6th Street, Suite 1744, Fort Lauderdale, Florida 33301, within 20 days after service of this summons on that defendant, exclusive of the day of service, and to file the original of the defenses with the clerk of this court either before service on Plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint or petition.

DATED on: 1/11/2024 _____

Juan Fernandez-Barquin, Clerk of the Court

By: _Brenda Ramirez_ 0852
As Deputy Clerk

## IMPORTANT

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away.

If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book). If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named below.

## IMPORTANTE

Usted ha sido demandado legalmente. Tiene 20 dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).

Dated: January 9, 2024

Respectfully Submitted,

/s/ Zane C. Hedaya
**JIBRAEL S. HINDI, ESQ.**
Florida Bar No.: 118259
E-mail: jibrael@jibraellaw.com
**JENNIFER G. SIMIL, ESQ.**
Florida Bar No.: 1018195
E-mail: jen@jibraellaw.com
**ZANE C. HEDAYA, ESQ.**
Florida Bar No.: 1048640
E-mail: zane@jibraellaw.com
The Law Offices of Jibrael S. Hindi
110 SE 6th Street, Suite 1744
Fort Lauderdale, Florida 33301
Phone: 954-907-1136

*COUNSEL FOR PLAINTIFF*

Filing # 189334611 E-Filed 01/08/2024 06:48:26 PM

**IN THE CIRCUIT COURT OF THE 11TH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA**

Case No.

RICHARD SANCRUZADO,
*individually and on behalf of all
those similarly situated,*

      **Plaintiff,**

v.

BLOOMBERG LIMITED PARTNERSHIP
D/B/A BLOOMBERG.COM,

      **Defendant.**

_____/

**CLASS ACTION**

**JURY TRIAL DEMANDED**

## CLASS ACTION COMPLAINT

Plaintiff Richard Sancruzado ("Plaintiff"), *individually and on behalf of all those similarly situated*, sues Defendant Bloomberg Limited Partnership d/b/a Bloomberg.com ("Defendant") for violating the Florida Consumer Collection Practices Act ("FCCPA").

### JURISDICTION AND VENUE

1.    This Court has subject matter jurisdiction pursuant to Florida Rule of Civil Procedure 1.220 and Fla. Stat. § 26.012(2). The matter in controversy exceeds the sum or value of $50,000, exclusive of interest, costs, and attorney's fees.

2.    This Court has personal jurisdiction over Defendant because Defendant is operating, present, and/or doing business within this jurisdiction and because the complained of conduct of Defendant occurred within Miami-Dade County, Florida.

3.    Venue of this action is proper in this Court because, pursuant to Fla. Stat. § 47.011, et seq., the cause of action alleged below arose in Miami-Dade County, Florida.

LAW OFFICES OF JIBRAEL S. HINDI, PLLC
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com

4. Plaintiff has standing to maintain this action because Plaintiff suffered a legal injury as a result of Defendant's violations of the FCCPA, and because Plaintiff is not requesting an advisory opinion from this Court. Thus, Plaintiff has a sufficient stake in a justiciable controversy and seeks to obtain judicial resolution of that controversy.

## PARTIES

5. Plaintiff is a natural person, and a citizen of the State of Florida, residing in Miami-Dade County, Florida.

6. Defendant is a Delaware limited partnership, with its principal place of business located in New York, New York.

## DEMAND FOR JURY TRIAL

7. Plaintiff, respectfully, demands a trial by jury on all counts and issues so triable.

## ALLEGATIONS

8. On a date better known by Defendant, Defendant began attempting to collect a debt (the "Consumer Debt") from Plaintiff.

9. The Consumer Debt is an obligation allegedly had by Plaintiff to pay money arising from a transaction between the creditor of the Consumer Debt, Defendant, and Plaintiff (the "Subject Service").

10. Plaintiff is the alleged debtor of the Consumer Debt.

11. The Subject Service was primarily for personal, family, or household purposes.

12. The FCCPA defines "communication" as "the conveying of information regarding a debt directly or indirectly to any person through any medium." Fla. Stat. § 559.55(2).

13. Defendant is a "person" within the meaning of Fla. Stat. § 559.72.

LAW OFFICES OF JIBRAEL S. HINDI, PLLC
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com

14.     Section 559.72(17) of the FCCPA prohibits persons from communicating with a debtor between the hours of 9:00 PM and 8:00 AM in the debtor's time zone without the prior consent of the debtor.

### THE COMMUNICATION

15.     On January 1, 2024, Defendant sent an electronic mail communication to Plaintiff (the "Communication").

16.     Attached as Exhibit "A" is a copy of the Communication.

17.     The Communication was a communication in connection with the collection of the Consumer Debt.

18.     The Communication was sent from info@t.message.bloomberg.com and delivered to Plaintiff's personal e-mail address.

19.     The Communication advised: "[w]e were unable to process payment for your Bloomberg.com subscription. The card we have on file has failed to process. **Please visit your accounts settings and update your payment information. Don't risk losing your subscription benefits.**"

20.     The Communication was sent by Defendant to Plaintiff at 12:12 AM in Plaintiff's time zone.

21.     The Communication was received by Plaintiff from Defendant at 12:12 AM in Plaintiff's time zone.

LAW OFFICES OF JIBRAEL S. HINDI, PLLC
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com

## CLASS ALLEGATIONS

### PROPOSED CLASS

22.     Plaintiff brings this lawsuit as a class action on behalf of Plaintiff, individually, and on behalf of all other similarly situated persons. The "Class" that Plaintiff seeks to represent is the below defined "FCCPA Class."

23.     The "**FCCPA Class**" consists of: **[1]** all persons with Florida addresses **[2]** that Defendant or someone on Defendant's behalf **[3]** sent an electronic mail communication to **[4]** between 9:00 PM and 8:00 AM **[5]** in connection with the collection of a consumer debt.

24.     Defendant and its employees or agents are excluded from the Class.

25.     Plaintiff does not know the number of members in the Class but believes the number is in the several thousands, if not more.

### NUMEROSITY

26.     Upon information and belief, Defendant has sent thousands of electronic mail communications to Florida consumers between 9:00 PM and 8:00 AM, whereby such electronic mail communication(s) violate 559.72(17). The members of the Class, therefore, are believed to be so numerous that joinder of all members is impracticable.

27.     The exact number and identities of the Class members are unknown at this time and can be ascertained only through discovery. Identification of the Class members is a matter capable of ministerial determination from Defendant's e-mail records.

### COMMON QUESTIONS OF LAW AND FACT

28.     There are numerous questions of law and fact common to the Class which predominate over any questions affecting only individual members of the Class. Among the questions of law and fact common to the Class are: [1] Whether Defendant sent an electronic

LAW OFFICES OF JIBRAEL S. HINDI, PLLC
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com

communication to Plaintiff and members of the Class in connection with the collection of a consumer debt; [2] Whether Defendant sent such communication(s) between 9:00 PM and 8:00 AM; [3] Whether Defendant should be enjoined from such conduct in the future.

29.     The common questions in this case are capable of having common answers.  If Plaintiff's claim that Defendant routinely sends electronic mail communication(s) that violate 559.72(17) is accurate, Plaintiff and members of the Class will have identical claims capable of being efficiently adjudicated and administered in this case.

<u>TYPICALITY</u>

30.     Plaintiff's claims are typical of the claims of the members of the Class, as they are all based on the same factual and legal theories.

<u>PROTECTING THE INTERESTS OF THE CLASS MEMBERS</u>

31.     Plaintiff is a representative who will fully and adequately assert and protect the interests of the Class and has retained competent counsel. Accordingly, Plaintiff is an adequate representative and will fairly and adequately protect the interests of the Class.

<u>SUPERIORITY</u>

32.     A class action is superior to all other available methods for the fair and efficient adjudication of this lawsuit because individual litigation of the claims of all members of the Class is economically unfeasible and procedurally impracticable. While the aggregate damages sustained by members of the Class are in the millions of dollars, the individual damages incurred by each member of the Class resulting from Defendant's wrongful conduct are too small to warrant the expense of individual lawsuits. The likelihood of individual members of the Class prosecuting their own separate claims is remote, and, even if every member of the Class could afford individual litigation, the court system would be unduly burdened by individual litigation of such cases.

LAW OFFICES OF JIBRAEL S. HINDI, PLLC
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com

33.     The prosecution of separate actions by members of the Class would create a risk of establishing inconsistent rulings and/or incompatible standards of conduct for Defendant. For example, one court might enjoin Defendant from performing the challenged acts, whereas another may not. Additionally, individual actions may be dispositive of the interests of the Class, although certain class members are not parties to such actions.

### COUNT 1
### VIOLATION OF FLA. STAT. § 559.72(17)

34.     Plaintiff, individually and on behalf of the FCCPA Class, incorporates by reference ¶¶ 8-33 of this Class Action Complaint.

35.     Pursuant to § 559.72(17) of the FCCPA, in collecting consumer debts, no person shall: "*[c]ommunicate with the debtor between the hours of 9 p.m. and 8 a.m. in the debtor's time zone without the prior consent of the debtor.*" Fla Stat. § 559.72(17) (emphasis added).

36.     As set forth above, Defendant sent an electronic communication to Plaintiff in connection with the collection of the Consumer Debt. *See* <u>Exhibit A</u> (the "Electronic Communication"). The Electronic Communication was sent to Plaintiff between the hours of 9:00 PM and 8:00 AM in the time zone of Plaintiff. Defendant did not have the consent of Plaintiff to communicate with Plaintiff between the hours of 9:00 PM and 8:00 AM. As such, by and through the Electronic Communication, Defendant violated § 559.72(17) of the FCCPA.

37.     WHEREFORE, Plaintiff, individually and on behalf of the FCCPA Class, requests relief and judgment as follows:

      (a)     Determine this action is a proper class action under Florida Rule of Civil Procedure;

      (b)     A declaration that Defendant's conduct and/or practices described herein violate § 559.72(17);

LAW OFFICES OF JIBRAEL S. HINDI, PLLC
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com

(c)     Award Plaintiff and members of the FCCPA Class statutory damages pursuant to Fla. Stat., § 559.77(2);

(d)     Enjoin Defendant from future violations of Fla. Stat., § 559.72(17) with respect to Plaintiff and the FCCPA Class;

(e)     Award Plaintiff and members of the FCCPA Class reasonable attorneys' fees and costs, including expert fees, pursuant to Fla. Stat., § 559.77(2); and

(f)     Any other relief that this Court deems appropriate under the circumstances.

Dated: January 8, 2024

Respectfully Submitted,

/s/ Zane C. Hedaya
**JIBRAEL S. HINDI, ESQ.**
Florida Bar No.: 118259
E-mail: jibrael@jibraellaw.com
**JENNIFER G. SIMIL, ESQ.**
Florida Bar No.: 1018195
E-mail: jen@jibraellaw.com
**ZANE C. HEDAYA, ESQ.**
Florida Bar No.: 1048640
E-mail: zane@jibraellaw.com
The Law Offices of Jibrael S. Hindi
110 SE 6th Street, Suite 1744
Fort Lauderdale, Florida 33301
Phone: 954-907-1136

*COUNSEL FOR PLAINTIFF*

LAW OFFICES OF JIBRAEL S. HINDI, PLLC
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com

# **<u>Exhibit A</u>**

**From:** Bloomberg <info@t.message.bloomberg.com>
**Date:** January 1, 2024 at 12:12:01 AM EST
**To:** Richard Sancruzado <rsancruzado1988@gmail.com>
**Subject: Updates required to retain your access**
**Reply-To:** subscriptions@bloomberg.com

# Bloomberg.com

## Update your payment details to keep your Bloomberg.com subscription.

Account Number:

Hi Richard ,

We were unable to process payment for your Bloomberg.com subscription.

The card we have on file has failed to process. **Please visit your accounts settings and update your payment information.**

**Don't risk losing your subscription benefits:**

- Unlimited access to Bloomberg.com and the Bloomberg app

- Exclusive subscriber-only newsletters, audio artiles and more

- 24/7 streaming of Bloomberg TV

- Free article gifting each month, to anyone you want

Update payment details

## Context changes everything.

**View in browser**

This message was sent to you as a Bloomberg product user.

Copyright 2024 Bloomberg L.P. All rights reserved.

Filing # 189334611 E-Filed 01/08/2024 06:48:26 PM

**FORM 1.997.   CIVIL COVER SHEET**

The civil cover sheet and the information contained in it neither replace nor supplement the filing and service of pleadings or other documents as required by law. This form must be filed by the plaintiff or petitioner with the Clerk of Court for the purpose of reporting uniform data pursuant to section 25.075, Florida Statutes. (See instructions for completion.)

**I.    CASE STYLE**

IN THE CIRCUIT/COUNTY COURT OF THE ELEVENTH   JUDICIAL CIRCUIT,
IN AND FOR MIAMI-DADE   COUNTY, FLORIDA

Richard Sancruzado
Plaintiff

Case # _____

Judge _____

vs.

Bloomberg Limited Partnership, d/b/a Bloomberg.com
Defendant

**II.    AMOUNT OF CLAIM**

Please indicate the estimated amount of the claim, rounded to the nearest dollar. The estimated amount of the claim is requested for data collection and clerical processing purposes only. The amount of the claim shall not be used for any other purpose.

☐ $8,000 or less
☐ $8,001 - $30,000
☐ $30,001- $50,000
☐ $50,001- $75,000
☐ $75,001 - $100,000
☒ over $100,000.00

**III.    TYPE OF CASE**    (If the case fits more than one type of case,   select the most definitive category.) If the most descriptive label is a subcategory (is indented under a broader category), place an x on both the main category and subcategory lines.

- 1 -

**CIRCUIT CIVIL**

☐ Condominium
☐ Contracts and indebtedness
☐ Eminent domain
☐ Auto negligence
☐ Negligence—other
    ☐ Business governance
    ☐ Business torts
    ☐ Environmental/Toxic tort
    ☐ Third party indemnification
    ☐ Construction defect
    ☐ Mass tort
    ☐ Negligent security
    ☐ Nursing home negligence
    ☐ Premises liability—commercial
    ☐ Premises liability—residential
☐ Products liability
☐ Real Property/Mortgage foreclosure
    ☐ Commercial foreclosure
    ☐ Homestead residential foreclosure
    ☐ Non-homestead residential foreclosure
    ☐ Other real property actions

☐ Professional malpractice
    ☐ Malpractice—business
    ☐ Malpractice—medical
    ☐ Malpractice—other professional
☒ Other
    ☐ Antitrust/Trade regulation
    ☐ Business transactions
    ☐ Constitutional challenge—statute or ordinance
    ☐ Constitutional challenge—proposed amendment
    ☐ Corporate trusts
    ☐ Discrimination—employment or other
    ☐ Insurance claims
    ☐ Intellectual property
    ☐ Libel/Slander
    ☐ Shareholder derivative action
    ☐ Securities litigation
    ☐ Trade secrets
    ☐ Trust litigation

**COUNTY CIVIL**

☐ Small Claims up to $8,000
☐ Civil
☐ Real property/Mortgage foreclosure

- 2 -

☐ Replevins
☐ Evictions
    ☐ Residential Evictions
    ☐ Non-residential Evictions
☐ Other civil (non-monetary)

## COMPLEX BUSINESS COURT

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order.  Yes ☐ No ☒

**IV.  REMEDIES SOUGHT** (check all that apply):
☒ Monetary;
☒ Nonmonetary declaratory or injunctive relief;
☐ Punitive

**V.  NUMBER OF CAUSES OF ACTION:** [ . ]
(Specify)

   <u>1</u>

**VI.  IS THIS CASE A CLASS ACTION LAWSUIT?**
☒ yes
☐ no

**VII.  HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
☒ no
☐ yes If "yes," list all related cases by name, case number, and court.

**VIII.  IS JURY TRIAL DEMANDED IN COMPLAINT?**
☒ yes
☐ no

**IX.  DOES THIS CASE INVOLVE ALLEGATIONS OF SEXUAL ABUSE?**
☐ yes
☒ no

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief, and that I have read and will comply with the requirements of Florida Rule of Judicial Administration 2.425.

Signature: <u>s/ Zane C Hedaya</u>       Fla. Bar # <u>1048640</u>
      Attorney or party                 (Bar # if attorney)

<u>Zane C Hedaya</u>           <u>01/08/2024</u>
  (type or print name)         Date

- 3 -

Filing # 189334611 E-Filed 01/08/2024 06:48:26 PM

## IN THE CIRCUIT COURT OF THE 11TH JUDICIAL CIRCUIT
## IN AND FOR MIAMI-DADE COUNTY, FLORIDA

Case No.

RICHARD SANCRUZADO,
*individually and on behalf of all those similarly situated,*

      **Plaintiff,**

v.

BLOOMBERG LIMITED
PARTNERSHIP D/B/A
BLOOMBERG.COM,

      **Defendant.**

_____/

### PLAINTIFF'S FIRST SET OF DISCOVERY REQUESTS TO DEFENDANT

Plaintiff Richard Sancruzado propounds the following discovery requests on Defendant Bloomberg Limited Partnership d/b/a Bloomberg.com. Responses to these discovery requests are due forty-five (45) days from the below service date. Attached as Appendix "A" are definitions of terms and phrases used in these discovery requests.

The responses to these discovery requests must be sent *via* e-mail to: **Jibrael S. Hindi, Esq.**, at jibrael@jibraellaw.com, **Zane C. Hedaya, Esq.**, at zane@jibraellaw.com, and **Jennifer Simil, Esq.**, at jen@jibraellaw.com.

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 8, 2024, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

Respectfully Submitted,

/s/ Zane C. Hedaya
**ZANE C. HEDAYA, ESQ.**
Florida Bar No.: 1048640
E-mail: zane@jibraellaw.com
The Law Offices of Jibrael S. Hindi
110 SE 6th Street, Suite 1744
Fort Lauderdale, Florida 33301
Phone: 954-907-1136

*COUNSEL FOR PLAINTIFF*

**LAW OFFICES OF JIBRAEL S. HINDI, PLLC**
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com

## **INTERROGATORIES**

(1)     Identify the number of persons that Defendant, or someone on Defendant's behalf, sent an electronic communication to between 9:00 PM and 8:00 AM in connection with the collection of a debt.

**Response**:


(2)     Identify, by name and e-mail address, each person that Defendant, or someone on Defendant's behalf, sent an electronic communication to between 9:00 PM and 8:00 AM in connection with the collection of a debt.

**Response**:


(3)     Identify the specific policies and procedures Defendant has implemented to prevent communicating with Florida consumers between 9:00 PM and 8:00 AM in connection with the collection of a debt.

**Response**:


*[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]*

LAW OFFICES OF JIBRAEL S. HINDI, PLLC
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com

## REQUEST FOR PRODUCTION OF DOCUMENTS

*Please produce copies of the following documents:*

(1)   Copies of each e-mail Defendant, or someone on Defendant's behalf, sent to Plaintiff during the three (3) years prior to the commencement of the above-captioned action.

(2)   Copies of each e-mail Defendant, or someone on Defendant's behalf, sent between 9:00 PM and 8:00 AM in connection with the collection of a debt during the three (3) years prior to the commencement of the above-captioned action.

(3)   A list of the persons Defendant was asked to identify in response to Interrogatory No. 2.

(4)   Copies of Defendant's balance sheets, income statements, profit and loss statements, and any other documents which reflect Defendant's net worth for 2020 tax year.

(5)   Copies of Defendant's balance sheets, income statements, profit and loss statements, and any other documents which reflect Defendant's net worth for 2021 tax year.

(6)   Copies of Defendant's balance sheets, income statements, profit and loss statements, and any other documents which reflect Defendant's net worth for 2022 tax year.

(7)   Copies of Defendant's tax returns for the 2020 tax year.

(8)   Copies of Defendant's tax returns for the 2021 tax year.

(9)   Copies of Defendant's tax returns for the 2022 tax year.

*[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]*

LAW OFFICES OF JIBRAEL S. HINDI, PLLC
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com

## <u>VERIFICATION</u>

Under penalties of perjury, I, the undersigned affiant, declare that I have read the above Answers to Interrogatories, and that the Answers are true and correct.

_____
AFFIANT SIGNATURE

_____
PRINTED NAME OF AFFIANT

_____
CAPACITY / TITLE OF AFFIANT

**BEFORE ME**, the undersigned authority, personally appeared _____,

who produced as identification _____, bearing

number _____ expiring on _____ who

did take an oath, who stated that he/she is the person noted above, and that, according to his/her

best knowledge and belief, the forgoing answers are true and correct.

Sworn to and subscribed before me, this _____ day of _____, 201_____.

_____
SIGNATURE OF NOTARY

_____
PRINTED NAME OF NOTARY

```
┌─────────────────────────────┐
│                             │
│                             │
│                             │
│                             │
│                             │
└─────────────────────────────┘
```
SEAL OF NOTARY

LAW OFFICES OF JIBRAEL S. HINDI, PLLC
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com

## APPENDIX "A" – DEFINITIONS

(1)  "Action" shall mean the above captioned matter.

(2)  "Any," "All," and "each" shall be construed as any, all and each.

(3)  "And" shall mean and/or.

(4)  "Concern," "concerning," "refer," "referring," "relate, " "relating," "regard," or "regarding" shall all mean documents which explicitly or implicitly, in whole or in part, compare, were received in conjunction with, or were generated as a result of the subject matter of the request, including all documents which reflect, record, specify, memorialize, relate, describe, discuss, consider, concern, constitute, embody, evaluate, analyze, refer to, review, report on, comment on, impinge upon, or impact the subject matter of the request;

(5)  "Complaint" means the operative Complaint filed in the above captioned action.

(6)  "Collection Letter" shall refer to the "Collection Letter" identified in the Complaint.

(7)  "Communication" or "sent" includes every manner or means of disclosure, transfer, or exchange of information, and/or attempt thereof, and every disclosure, transfer or exchange of information, whether orally or by document or whether face-to-face, by telephone, mail, electronic mail, personal delivery, or otherwise, and/or attempt thereof.

(8)  "Defendant," "you," and "your" shall mean the above-captioned Defendant, any of its directors, officers, sales, agents, managers, supervisors, general agents, agents (including attorneys, accountants, consultants, investment advisors or bankers), employees, representatives and any other persons purporting to act on their behalf. These defined terms include divisions, affiliates, subsidiaries, predecessor entities, acquired entities and/or related entities or any other entity acting or purporting to act on its behalf, including those who sought to communicate with Plaintiff during the relevant time-period whether by letter, e-mail, text message, or any other medium, regardless of whether successful or unsuccessful.

(9)  "Debt" shall refer to the obligation or purported obligation which Defendant sought to collect from Plaintiff in the Collection Letter.

(10)  "Document" means the original, and all non-identical copies (whether different from the original because of additional notations or otherwise), of all written, printed, typed, recorded, electronically or digitally stored, or graphic matter, however produced or reproduced, in the actual or constructive possession, custody, or control of plaintiff including, without limitation, all writings, drawings, graphs, charts, photographs, photographic records, sound reproduction tapes, data compilations (whether tangible or intangible from which information can be obtained, discerned, or can be translated through detection devices into a reasonably usable tangible form), correspondence, memoranda, data, notes of conversations, diaries, papers, letters, e-mail communications, telegrams,

LAW OFFICES OF JIBRAEL S. HINDI, PLLC
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com

messages of any kind, minutes of meetings, stenographic or hand-typed and written notes, appraisals, bids, account books, checks, invoices, ledgers, agreements, studies, estimates, reports, instructions, requests, pamphlets, brochures, applications, returns, pictures, books, journals, ledgers, corporate records, accounts, contracts, leaflets, administrative or governmental reports or returns, exhibits, maps, surveys, sketches, microfilm, Xerox or any other tangible things which constitute or contain matters within the scope of the Fed. R. Civ. P. 26, 33, 34 and 36.

(11)     "FCCPA" means the Florida Consumer Collection Practices Act, Fla. Stat. §559.55 et seq.

(12)     "FDCPA" means the Fair Debt Collection Practices Act, 15 U.S.C. §1692 et seq.

(13)     "Including" means: (1) including, but not limited to, or (2) including, without limitation. Any examples which follow these phrases are set forth to clarify the request, definition or instruction, not limited to the request, definition or instruction.

(14)     "Identify" with respect to natural person, means to give, to the extent known, the person's full name, present or last known address, and when referring to a natural person, additionally, the present or last known place of employment. Once a person has been identified in accordance with this paragraph, only the name of that person need be listed in response to subsequent discovery requesting the identification of that person.

(15)     "Or" shall mean and/or.

(16)     "Payment" shall include all available methods of funds tender, including but not limited to: cash; money order, a negotiable instrument such as a check, note, or draft; an ACH debit; bank, wire, or electronic-funds transfer; and, credit-card payment.

(17)     "Person" or "Persons" shall mean natural persons, proprietorships, joint ventures, partnerships, corporations, trust, groups, associations, organizations, governmental agencies and all other entities.

(18)     "Plaintiff" or "Plaintiff's" shall mean the above-captioned Plaintiff.

(19)     "Relevant time period," "relevant period" or "during the relevant period" refers to a finite length of time, the duration of which is uninterrupted, that begins three years prior to commencement of the above captioned action, and ends on November 8, 2021.

(20)     "Third-party," "third-parties," "vendor," and/or "vendors," shall mean: any person or entity other than Plaintiff, Plaintiff's attorney, the current creditor of the Consumer Debt and said current creditor's attorney.

(21)     The phrase "as defined by the FDCPA" shall refer to the meaning and/or definition of a particular word or phrase set forth under 15 U.S.C. § 1692a.

LAW OFFICES OF JIBRAEL S. HINDI, PLLC
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com

(22)   The phrase "as defined by the FCCPA" shall refer to the meaning and/or definition of a particular word or phrase set forth under Fla. Stat., § 559.55.

*[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]*

LAW OFFICES OF JIBRAEL S. HINDI, PLLC
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com

## RETURN OF SERVICE

State of Florida                County of Miami-Dade                11th Judicial Circuit Court

Case Number: 2024-000373-CA-01

Plaintiff:
**Richard Sancruzado, individually and on behalf of all those similarly situated**

vs.

Defendant:
**Bloomberg Limited Partnership d/b/a Bloomberg.com**

For:
Jibrael Hindi
The Law Offices Of Jibrael S. Hindi, PLLC
jibrael@, jen@jibraellaw.com
110 SE 6th Street, 17th Floor
Ft. Lauderdale, FL 33301

Received by ALL BROWARD PROCESS CORP. on the 15th day of January, 2024 at 3:07 pm to be served on **Bloomberg Limited Partnership d/b/a Bloomberg.com c/o Corporation Service Company, 1201 Hays Street, Tallahassee, FL 32301**.

I, MICHAEL C. NOLAN, do hereby affirm that on the **17th day of January, 2024 at 10:00 am, I:**

**CORPORATE:** served by delivering a true copy of the **Civil Action Summons, Civil Cover Sheet, Class Action Complaint/ Jury Trail Demanded, Plaintiff's First Set of Discovery Requests to Defendant** with the date and hour of service endorsed thereon by me, to: **CHELSEA WANG** as **AUTHORIZED REPRESENTATIVE** for the Registered Agent of Bloomberg Limited Partnership d/b/a Bloomberg.com c/o Corporation Service Company at the address of: **1201 HAYS STREET, TALLAHASSEE, FL 32301**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 21+, Sex: F, Race/Skin Color: ASIAN, Height: 5'2", Weight: 115, Hair: BLACK, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under penalty of perjury I declare that the facts contained herein are true to the best of my knowledge.NO NOTARY REQUIRED PURSUANT TO F.S. 92.525 (2).

**MICHAEL C. NOLAN**
Certified Process Server, #111

**ALL BROWARD PROCESS CORP.**
**701 NORTH FIG TREE LANE**
**PLANTATION, FL 33317**
**(954) 214-5194**

Our Job Serial Number: BPC-2024000216
Ref: 2024000216

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2t

Filing # 189426148 E-Filed 01/09/2024 06:12:59 PM

## IN THE CIRCUIT COURT OF THE 11TH JUDICIAL CIRCUIT
## IN AND FOR MIAMI-DADE COUNTY, FLORIDA

Case No.: 2024-000373-CA-01

RICHARD SANCRUZADO,
*individually and on behalf of all*
*those similarly situated,*

Date: 1/17/24   Time: 10:00A
MCN #111
is a certified process server in the
Circuit and County Courts in and for the
Second Judicial Circuit

**Plaintiff,**

v.

**CIVIL ACTION SUMMONS**

BLOOMBERG LIMITED PARTNERSHIP
D/B/A BLOOMBERG.COM,

**Defendant.**

_____/

## SUMMONS

THE STATE OF FLORIDA:

To Each Sheriff of the State:

YOU ARE COMMANDED to serve this summons and a copy of the complaint or petition in this action on Defendant:

Bloomberg Limited Partnership d/b/a Bloomberg.com
c/o: CORPORATION SERVICE COMPANY
1201 HAYS STREET
TALLAHASSEE, FL 32301

Each defendant is required to serve written defenses to the complaint or petition on Plaintiff's attorney, Jibrael. S. Hindi, Esq., The Law Offices of Jibrael S. Hindi, PLLC, 110 SE 6th Street, Suite 1744, Fort Lauderdale, Florida 33301, within 20 days after service of this summons on that defendant, exclusive of the day of service, and to file the original of the defenses with the clerk of this court either before service on Plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint or petition.

DATED on: 1/11/2024 _____

Juan Fernandez-Barquin, Clerk of the Court

By: _Brenda Requena_ **0852**
As Deputy Clerk

## IMPORTANT

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away.

If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book). If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named below.

## IMPORTANTE

Usted ha sido demandado legalmente. Tiene 20 dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).

Dated: January 9, 2024

Respectfully Submitted,

/s/ Zane C. Hedaya
**JIBRAEL S. HINDI, ESQ.**
Florida Bar No.: 118259
E-mail: jibrael@jibraellaw.com
**JENNIFER G. SIMIL, ESQ.**
Florida Bar No.: 1018195
E-mail: jen@jibraellaw.com
**ZANE C. HEDAYA, ESQ.**
Florida Bar No.: 1048640
E-mail: zane@jibraellaw.com
The Law Offices of Jibrael S. Hindi
110 SE 6th Street, Suite 1744
Fort Lauderdale, Florida 33301
Phone: 954-907-1136

*COUNSEL FOR PLAINTIFF*

Filing # 191108816 E-Filed 02/02/2024 10:13:13 AM

## IN THE CIRCUIT COURT OF THE 11TH JUDICIAL CIRCUIT
## IN AND FOR MIAMI-DADE COUNTY, FLORIDA

### CASE NO.: 2024-000373-CA-01

**RICHARD SANCRUZADO, individually and
on behalf of all those similarly situated,**

     **Plaintiff,**

**v.**

**BLOOMBERG LIMITED PARTNERSHIP
d/b/a BLOOMBERG.COM,**

     **Defendant.**

_____/

### NOTICE OF APPEARANCE AND DESIGNATION
### OF EMAIL ADDRESS PURSUANT TO RULE 2.516

     Brandon T. White, Hilary Lane, Matthew J. Borello and the law firm of Holland & Knight LLP serve this notice of appearance for Defendant Bloomberg Limited Partnership d/b/a Bloomberg.com, in the above-captioned case, and request that copies of all pleadings, notices, orders, and other pleadings filed or served in this cause be furnished to the undersigned, and pursuant to Rule 2.516 designate the following email address for the purpose of service of all documents required to be served pursuant to Rule 2.516 in this proceeding:

     Primary:     brandon.white@hklaw.com
                      hilary.lane@hklaw.com
                      matt.borello@hklaw.com
     Secondary:   practiceassistantteam@hklaw.com

Dated: February 2, 2024          Respectfully Submitted,

                              By: /s/ *Brandon T. White*_____
                                 **BRANDON T. WHITE**

                              **HOLLAND & KNIGHT LLP**
                              ***Counsel for Defendant Bloomberg Limited***
                              ***Partnership d/b/aBloomberg.com***

Brandon T. White, Esq.
Florida Bar No.: 106792
brandon.white@hklaw.com
practiceassistantteam@hklaw.com
701 Brickell Ave., Suite 3300
Miami, FL  33131
Tel:  (305) 374-8500/Fax: (305) 789-7799

Hilary Lane, Esq.
Fla. Bar No. 1032263
hilary.lane@hklaw.com
100 North Tampa Street, Suite 4100
Tampa, FL 33602
Tel: (813) 227-8500

Matthew J. Borello, Esq.
Fla. Bar No. 1017934
matt.borello@hklaw.com
50 N Laura Street, Suite 3900
Jacksonville, FL 32202
Tel: (904) 798-5460/Fax:  (904) 358-1872

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 2nd day of February, 2024, I electronically filed the foregoing with the Clerk of Court which will provide electronic service via Florida Courts E-Filing Portal on all counsel of record.

*s/ Brandon T. White*
Brandon T. White

## SERVICE LIST

Jibrael S. Hindi, Esq.
E-mail: jibrael@jibraellaw.com
Jennifer G. Simil, Esq.
E-mail: jen@jibraellaw.com
Zane C. Hedaya, Esq.
E-mail: zane@jibraellaw.com
**THE LAW OFFICES OF JIBRAEL S. HINDI**
110 SE 6th Street, Suite 1744
Fort Lauderdale, FL 33301
Tel: (954) 907-1136

*Counsel for Plaintiff*

Filing # 191549472 E-Filed 02/08/2024 12:27:13 PM

**IN THE CIRCUIT COURT OF THE 11TH JUDICIAL CIRCUIT**
**IN AND FOR MIAMI-DADE COUNTY, FLORIDA**

**CASE NO.: 2024-000373-CA-01**

**RICHARD SANCRUZADO, individually and**
**on behalf of all those similarly situated,**

     **Plaintiff,**

**v.**

**BLOOMBERG LIMITED PARTNERSHIP**
**D/B/A BLOOMBERG.COM,**

     **Defendant.**

_____/

**DEFENDANT'S *UNOPPOSED* MOTION FOR EXTENSION**
**OF TIME TO RESPOND TO COMPLAINT**

Defendant, Bloomberg Limited Partnership d/b/a Bloomberg.com ("Bloomberg"), by and through the undersigned counsel, hereby requests this extension of time to respond to Plaintiff's Complaint, and in support hereof states as follows:

1.     On January 8, 2024, Plaintiff filed his Complaint.

2.     The Complaint was served on Bloomberg on or about January 16, 2024.

3.     Based on the date of service of the Complaint, Bloomberg's response to the Complaint is due by February 6, 2024.

4.     The undersigned needs additional time to investigate the factual allegations contained in the Complaint to be able to formulate a proper response to the Complaint, and requested a brief thirty (30) day extension of time to respond to the Complaint.

5.     Plaintiff's counsel has stated that they do not oppose the request or this Motion.

6.     As this is the first extension – and Plaintiff has consented to the extension – there will be no prejudice to the Plaintiff.

7.      This extension is also not sought for purposes of delay, but rather to give the undersigned an opportunity to investigate early on the facts and circumstances alleged in Plaintiff's Complaint.

WHEREFORE, Defendant, Bloomberg Limited Partnership d/b/a Bloomberg.com, requests an extension of time through March 7, 2024, to respond to Plaintiff's Complaint, and for such other and further relief as this Court deems just and proper.

Dated: February 8, 2024                    Respectfully Submitted,

By: /s/ *Matthew J. Borello*
    **MATTHEW J. BORELLO**

**HOLLAND & KNIGHT LLP**
*Counsel for Defendant, Bloomberg Limited Partnership*

Brandon T. White, Esq.
Florida Bar No.: 106792
brandon.white@hklaw.com
practiceassistantteam@hklaw.com
701 Brickell Ave., Suite 3300
Miami, FL  33131
Tel:  (305) 374-8500
Fax: (305) 789-7799

Daniel Mateo, Esq.
Florida Bar No.: 1040158
daniel.mateo@hklaw.com
1650 Market Street, Suite 3300
Philadelphia, PA  19103
Tel: (215) 252-9600

Matthew J. Borello, Esq.
Fla. Bar No. 1017934
matt.borello@hklaw.com
50 N Laura Street, Suite 3900
Jacksonville, FL 32202
Tel: (904) 798-5460
Fax: (904) 358-1872

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that on this 8th day of February, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will serve it via transmission of Notices of Electronic Filing generated by the ePortal System on all counsel of record.

*s/ Matthew J. Borello*
Matthew J. Borello

## <u>SERVICE LIST</u>

Jibrael S. Hindi, Esq.
E-mail: jibrael@jibraellaw.com
Jennifer G. Simil, Esq.
E-mail: jen@jibraellaw.com
Zane C. Hedaya, Esq.
E-mail: zane@jibraellaw.com
**THE LAW OFFICES OF JIBRAEL S. HINDI**
110 SE 6th Street, Suite 1744
Fort Lauderdale, FL 33301
Tel: (954) 907-1136

***Counsel for Plaintiff***

Filing # 191740942 E-Filed 02/12/2024 11:45:43 AM

**IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL
CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA**

CASE NO: 2024-000373-CA-01
SECTION: CA31
JUDGE: Migna Sanchez-Llorens

**Richard Sancruzado**

Plaintiff(s)

vs.

**Bloomberg Limited Partnership**

Defendant(s)

_____/

<u>**CONSENT ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR
EXTENSION OF TIME TO RESPOND TO COMPLAINT**</u>

   **THIS CAUSE** came before the Court on Defendant, Bloomberg Limited Partnership d/b/a

Bloomberg.com's, Unopposed Motion for an Extension of Time to Respond to the Complaint (the

"<u>Motion</u>"). The Court having considered the Motion, and otherwise being duly advised herein, it is

hereby:

   **ORDERED AND ADJUDGED** as follows:

   Defendant's Motion is **GRANTED**.  The deadline for Coursera Inc. to file a response to the

Complaint in this action is March 7, 2024.

**DONE** and **ORDERED** in Chambers at Miami-Dade County, Florida on this <u>12th day of February,
2024</u>.

<u>2024-000373-CA-01 02-12-2024 11:37 AM</u>
Hon. Migna Sanchez-Llorens

**CIRCUIT COURT JUDGE**
Electronically Signed

No Further Judicial Action Required on **THIS MOTION**

CLERK TO **RECLOSE** CASE IF POST JUDGMENT

**Electronically Served:**
Brandon T White, brandon.white@hklaw.com
Brandon T White, PracticeAssistantTeam@hklaw.com
Ceelena Kadir, ceelena@jibraellaw.com
Gerald Lane, gerald@jibraellaw.com
Mary Roesler, mary.roesler@hklaw.com
Matthew Jeffrey Borello, matthew.borello@hklaw.com
Matthew Jeffrey Borello, wanda.adair@hklaw.com
Zane C Hedaya, zane@jibraellaw.com
Zane C Hedaya, jibrael@jibraellaw.com
Zane C Hedaya, jen@jibraellaw.com


**Physically Served:**